IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| UNITED STATES OF AMERICA | * | |
| --- | --- | --- |
| | * | |
| vs. | * | |
| | * | No. 4:04CR00282-01 SWW |
| MARK ANTHONY MOORE | * | |

## Order

According to the Bureau of Prisons website, defendant is incarcerated at USP Beaumont. The Clerk has been holding in a temporary account funds to be posted to defendant's commissary account. *See* docket entry 212. The Clerk is directed to send the funds it has been holding in a temporary account for defendant to:

    Federal Bureau of Prisons
    Mark Anthony Moore
    Register Number 23547-009
    Post Office Box 474701
    Des Moines, Iowa   50947-0001

The check should be made out in defendant's name and include his register number

IT IS SO ORDERED this 18th day of September, 2012.

                                        /s/Susan Webber Wright

                                  UNITED STATES DISTRICT JUDGE